IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CANATELO, LLC,<br><br>**Plaintiff**<br><br>v.<br><br>NUVICO, INC.,<br><br>**Defendant** | **CIVIL NO.** 12-1430 (JAG) |

**JUDGMENT**

Pursuant to the Opinion & Order entered on even date, (Docket No. 35), Judgment is hereby entered dismissing this case **without prejudice.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of August, 2013.

S/ Jay A. García-Gregory
JAY A. GARCÍA-GREGORY
United States District Judge